# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146047-8(47)(49)

DEBRA L. HAGERTY, Personal
Representative of the ESTATE OF DEBRA
LOUISE HAGERTY-KRAEMER,
                Plaintiff-Appellee,

v

BOARD OF MANISTEE COUNTY
ROAD COMMISSIONERS,
                Defendant-Appellant.

SC: 146047-8
COA: 304369, 304439
Manistee CC: 10-014081-NI

_____/

On order of the Court, the motion for leave to file a brief amicus curiae is GRANTED. The motion for reconsideration of this Court's February 6, 2013 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2013



Clerk

d0722